[No. 66245-7-I. Division One. February 13, 2012.]

GREGG SMITH ET AL., *Respondents*, v. LARRY L. PETERSON ET AL., *Appellants*.

 *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Cox and Spearman, JJ.

[No. 66340-2-I. Division One. February 13, 2012.]

*In the Matter of the Personal Restraint of* ANTHONY C. LEE, *Petitioner*.

 *Granted in part* and *remanded* by unpublished per curiam opinion.

[No. 66510-3-I. Division One. February 13, 2012.]

*In the Matter of the Marriage of* KENNETH KAPLAN, *Respondent*, and SHEILA KOHLS, *Appellant*.

 *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Lau, JJ.

[No. 67097-2-I. Division One. February 13, 2012.]

*In the Matter of the Personal Restraint of* JOSEPH ALBERT PELTIER, *Petitioner*.

 *Granted* by unpublished per curiam opinion.